**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                            WHEN REPLYING, PROVIDE CASE
412–208–7500                                                    NUMBER AND PARTY NAMES

July 15, 2026

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

                    RE:   TV TOKYO CORPORATION vs.  SCHEDULE A DEFENDANTS
                          Case Number:    2:26–CV–01513–WSS

Dear Sir/Madam:

In compliance with the provisions of 17 U.S.C. 508, enclosed please find a copy of the
Complaint, Docket Entries, and AO 121 form filed in the United States District Court
for the Western District of Pennsylvania.

Thank you for your attention in this matter.

                              Very truly yours,

                              BRANDY S. LONCHENA
                              CLERK OF COURT

          By:   /s/ **Bradley Ruth**
                              Deputy Clerk

Enclosures