# EXHIBIT 2 -
## Complaint

**Registration #:** PA0002277887
**Service Request #:** 1-10153026671

Warner Bros. Entertainment Inc.
Craig Hamilton
4000 Warner Blvd.
Bldg. 156 South, Room 2351
Burbank, CA 91522-1562 United States

**Registration Number**

# PA 2-277-887

**Effective Date of Registration:**
February 08, 2021
**Registration Decision Date:**
February 22, 2021

## Title

**Title of Work:** NARUTO (# 114): Good-Bye Old Friend...! I'll Always Believe In You!

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** December 15, 2004
**Nation of 1st Publication:** Japan

## Author

- **Author:** TV Tokyo Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Japan

## Copyright Claimant

**Copyright Claimant:** TV Tokyo Corporation
Roppongi 3-2-1, Minato-Ku, Tokyo, 106-8007, Japan

## Limitation of copyright claim

**Material excluded from this claim:** Based on the Manga entitled NARUTO. Certain preexisting licensed material.

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** TV Tokyo Corporation
**Address:** Roppongi 3-2-1
Minato-Ku
Tokyo 106-8007 Japan

## Certification

**Name:** Craig Hamilton
**Date:** February 08, 2021

**Correspondence:** Yes
**Copyright Office notes:** Regarding deposit: Special Relief granted under 37 CFR 202.20(d).





































































































# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-431-062

**Effective Date of Registration:**
August 10, 2023
**Registration Decision Date:**
September 18, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | NARUTO Enter:Naruto Uzumaki! |
| **Series Title:** | NARUTO |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | February 15, 2007 |
| **Nation of 1st Publication:** | Japan |

## Author

| | |
|---|---|
| **Author:** | Masashi Kishimoto, Shueisha Inc., TV TOKYO Corporation, Pierrot Co.Ltd |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | Japan |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Masashi Kishimoto, Shueisha Inc., TV TOKYO Corporation, Pierrot Co. Ltd<br>3-2-1 Roppongi Minato ku, Tokyo, 1068007, Japan |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | TV TOKYO Corporation |
| **Email:** | anime-sales@tv-tokyo.co.jp |
| **Telephone:** | (+81)335-8731x02 |

## Certification

| | |
|---|---|
| **Name:** | Leina Sunagawa |
| **Date:** | August 10, 2023 |

Page 1 of 2





















 







Sasuke Uchiha, Ino Yamanaka, Shikamaru Nara





























**Registration #:**   PA0002276002
**Service Request #:**   1-10153092784

Warner Bros. Entertainment Inc.
Craig Hamilton
4000 Warner Blvd.
Bldg. 156 South, Room 2351
Burbank, CA 91522-1562 United States

Registration Number

# PA 2-276-002

**Effective Date of Registration:**
February 08, 2021
**Registration Decision Date:**
February 09, 2021

## Title

**Title of Work:** NARUTO (# 353): The Tale of Jiraiya the Gallant

**Previous or Alternate Title:** (Jiraiya Goketsu Monogatari)

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** October 29, 2009
**Nation of 1st Publication:** Japan

## Author

**Author:** TV Tokyo Corporation
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Domiciled in:** Japan

## Copyright Claimant

**Copyright Claimant:** TV Tokyo Corporation
Roppongi 3-2-1, Minato-Ku, Tokyo, 106-8007, Japan

## Limitation of copyright claim

**Material excluded from this claim:** Based on the Manga entitled NARUTO. Certain preexisting licensed material.

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** TV Tokyo Corporation
**Address:** Roppongi 3-2-1
Minato-Ku
Tokyo 106-8007 Japan

## Certification

          **Name:** Craig Hamilton
          **Date:** February 08, 2021

       **Correspondence:** Yes























































**Itachi's Mangekyo Sharingan**



























































































































































































































