COPYRIGHT

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:26-cv-01513-WSS
## Internal Use Only

| | |
|---|---|
| TV TOKYO CORPORATION v. SCHEDULE A DEFENDANTS | Date Filed: 07/15/2026 |
| Assigned to: Judge William S. Stickman | Jury Demand: None |
| related Cases: 2:26-cv-00710-WSS | Nature of Suit: 820 Copyright |
| 2:26-cv-00925-WSS | Jurisdiction: Federal Question |
| 2:26-cv-01230-WSS | |
| 2:26-cv-01343-WSS | |
| Cause: 17:101 Copyright Infringement | |

**Plaintiff**

| | | |
|---|---|---|
| **TV TOKYO CORPORATION** | represented by | **Keaton David Smith** |
| | | Whitewood Law PLLC |
| | | 57 W 57th Street |
| | | Ste 3rd and 4th Floors |
| | | Manhattan, NY 10019 |
| | | 815-993-2820 |
| | | Email: ksmith@whitewoodlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**SCHEDULE A DEFENDANTS**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2026 | 1 | **COMPLAINT** against SCHEDULE A DEFENDANTS (Filing fee, including Administrative fee, $405, receipt number APAWDC-9728095), filed by TV TOKYO CORPORATION. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1 - Copyright Registrations) (Smith, Keaton) (Entered: 07/15/2026) |
| 07/15/2026 | 2 | MOTION for Leave to File Documents Under Seal by TV TOKYO CORPORATION. (Attachments: # 1 Proposed Order) (Smith, Keaton) (Entered: 07/15/2026) |
| 07/15/2026 | 3 | MOTION for Temporary Restraining Order , MOTION to Expedite Discovery, MOTION for Order to Show Cause by TV TOKYO CORPORATION. (Attachments: # 1 Proposed Order) (Smith, Keaton) (Entered: 07/15/2026) |
| 07/15/2026 | 4 | BRIEF in Support re 3 Motion for TRO, Motion to Expedite, Motion for Order to Show Cause filed by TV TOKYO CORPORATION. (Attachments: # 1 Declaration of Jay Harvey Paragoso, # 2 Declaration of Keaton Smith) (Smith, Keaton) (Entered: 07/15/2026) |

| | | | |
|---|---|---|---|
| 07/15/2026 | | 5 | MOTION for Alternative Service by TV TOKYO CORPORATION. (Attachments: # 1 Proposed Order) (Smith, Keaton) (Entered: 07/15/2026) |
| 07/15/2026 | | 6 | BRIEF in Support re 5 Motion for Alternative Service filed by TV TOKYO CORPORATION. (Smith, Keaton) (Entered: 07/15/2026) |
| 07/15/2026 | | 7 | MOTION for Leave to File Excess Pages by TV TOKYO CORPORATION. (Attachments: # 1 Proposed Order) (Smith, Keaton) (Entered: 07/15/2026) |
| 07/15/2026 | | 8 | Disclosure Statement identifying TV Tokyo Holdings Corporation; Nikkei, Inc. as corporate parent or other affiliate, declaring citizenship by TV TOKYO CORPORATION. (Smith, Keaton) (Entered: 07/15/2026) |
| 07/15/2026 | | 9 | AO 121 NOTICE by TV TOKYO CORPORATION (Smith, Keaton) (Entered: 07/15/2026) |
| 07/15/2026 | | 10 | NOTICE of Appearance by Keaton David Smith on behalf of TV TOKYO CORPORATION. (Smith, Keaton) (Entered: 07/15/2026) |
| 07/15/2026 | | | Judge William S. Stickman added. (bjr) (Entered: 07/15/2026) |