## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TV TOKYO CORPORATION,

        Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

        Defendants.

**FILED UNDER SEAL**

Case No. 26-cv-1513

**Judge: Hon. William S. Stickman IV**

### Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| ██ | ██████████ | ███ | ████████████ |
| ██ | ████████ | ███ | ██████████ |
| ██ | ████ | ███ | █████ |
| ██ | █████████ | ███ | ████████ |
| ██ | █████████ | ███ | ███████ |
| ██ | ████████████ | ███ | ██████████ |
| ██ | ████████ | ███ | ███████ |
| ██ | █████████ | ███ | ██████████ |
| ██ | █████ | ███ | ██████ |
| ██ | ███████ | ███ | ██████ |
| ██ | ████████ | ███ | ███████ |
| ██ | ███ | ███ | █████ |
| ██ | ██████ | ███ | █████ |
| ██ | █████████ | ███ | ██████ |
| ██ | █████████ | ██ | █████████ |
| ██ | ███████████ | ██ | █████████ |
| ██ | ███████ | ██ | █████████ |
| ██ | █████████ | ██ | █████████ |
| ██ | ████████████ | ██ | █████████ |
| ██ | ██████ | ██ | ████████ |
| ██ | █████████ | ██ | ██████ |

[Page content redacted]

| | | | |
|---|---|---|---|
| ███ | ███████ | ███ | ████████ |
| ███ | ██████████ | ███ | ████████ |
| ███ | █████ | ███ | ████████ |
| ███ | ████ | ███ | ████████ |
| ███ | ███████ | ███ | ████████ |
| ███ | █████████ | ███ | ████████ |
| ███ | ██████████████ | ███ | ████████ |
| ███ | █████████ | ███ | ████████ |
| ███ | ███████████ | ███ | ████████ |
| ███ | ███████████ | ███ | ████████ |
| ███ | █████ | ███ | ████████ |
| ███ | ████████ | ███ | ████████ |
| ███ | ████████████ | ███ | ████████ |
| ███ | █████ | ███ | ████████ |
| ███ | ████████████████████ | ███ | ████████ |
| ███ | ██████████ | ███ | ████████ |
| ███ | ██████████ | ███ | ████████ |
| ███ | ████████████████ | ███ | ████████ |
| ███ | ██████ | ███ | ████████ |
| ███ | ████████████████ | ███ | ████████ |
| ███ | ██████ | ███ | ████████ |
| ███ | ██████ | ███ | ████████ |
| ███ | ██████ | ███ | ████████ |
| ███ | █████████ | ███ | ████████ |
| ███ | █████████ | ███ | ████████ |
| ███ | █████████ | ███ | ████████ |
| ███ | ██████████████████ | ███ | ████████ |
| ███ | █████████ | ███ | ████████ |
| ███ | █████████ | ███ | ████████ |
| ███ | █████████ | ███ | ████████ |
| ███ | █████ | ███ | ████████ |
| ███ | ████████████ | ███ | ████████ |
| ███ | █████ | ███ | ████████ |
| ███ | ████████ | ███ | ████████ |
| ███ | ██████████ | ███ | ████████ |
| ███ | █████████ | ███ | ████████ |
| ███ | █████ | ███ | ████████ |
| ███ | ██████████ | ███ | ████████ |
| ███ | ███████ | ███ | ████████ |
| ███ | ██████ | ███ | ████████ |
| ███ | ██████ | ███ | ████████ |

| | | | | | |
|---|---|---|---|---|---|
| ■ | ■■■■■■ | | ■ | ■■■■■■■ | |
| ■ | ■■■■■■ | | ■ | ■■■■■■■ | |
| ■ | ■■■■■■ | | ■ | ■■■■■■■ | |
| ■ | ■■■■■■■■■■■■ | | ■ | ■■■■■■■ | |
| ■ | ■■■■ | | ■ | ■■■■■■■ | |