**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TV TOKYO CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 26-cv-1513

**Judge: Hon. William S. Stickman IV**

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | animelingeries | Domain | animelingeries.unaux.com |
| 2 | BeautyTone | Domain | beautytonelenses.com |
| 3 | EXCEPTED | EXCEPTED | EXCEPTED |
| 4 | Flashy Stickers | Domain | flashystickers.com |
| 5 | LENS DIARY | Domain | lensdiary.store |
| 6 | makeupeyeshadow | Domain | makeupeyeshadow.com |
| 7 | EXCEPTED | EXCEPTED | EXCEPTED |
| 8 | Mystic eyes | Domain | mysticeyesofficial.com |
| 9 | ohmytat | Domain | ohmytat.com |
| 10 | POLLYEYE | Domain | pollyeye.com |
| 11 | tinaconlens | Domain | tinaconlens.com |
| 12 | EXCEPTED | EXCEPTED | EXCEPTED |
| 13 | EXCEPTED | EXCEPTED | EXCEPTED |
| 14 | tongrenhongpeng | Walmart | 103065441 |
| 15 | A Chao Lai Le | Temu | 634418227703956 |
| 16 | A Dream Wardrobe | Temu | 634418228984220 |
| 17 | ABCPDD | Temu | 634418229976079 |
| 18 | Acg Wall Art | Temu | 634418216163697 |
| 19 | Aesthetic Treasures HA | Temu | 634418219959329 |
| 20 | AI TEE | Temu | 634418222478594 |
| 21 | AllWear Clothing | Temu | 634418230129259 |

| | | | |
|---|---|---|---|
| 22 | Amazing stickers | Temu | 634418219058111 |
| 23 | Anime Art Decoration | Temu | 634418211474655 |
| 24 | Anime Phone Cases E | Temu | 634418228158433 |
| 25 | Anime Street Guy | Temu | 634418230057019 |
| 26 | ASDASQE WALL ART | Temu | 634418226244786 |
| 27 | ashkgdfaskljf | Temu | 634418220246727 |
| 28 | B Bin CASE | Temu | 634418222537548 |
| 29 | BAIZHEN CLOTHING | Temu | 634418229075829 |
| 30 | banana case | Temu | 634418220911403 |
| 31 | Baobab Puzzles | Temu | 634418228265905 |
| 32 | bBnVaultLabel | Temu | 634418229892207 |
| 33 | Beneony two | Temu | 634418227277439 |
| 34 | BGUABJFH | Temu | 634418218821128 |
| 35 | Black and White Factory | Temu | 634418222043210 |
| 36 | Blue eye clothing | Temu | 634418229184972 |
| 37 | Boy Sun a | Temu | 634418225964816 |
| 38 | BrightNookGY | Temu | 634418226024867 |
| 39 | C OuBo | Temu | 634418226973906 |
| 40 | Cabbage Apparel | Temu | 634418229391419 |
| 41 | CASE HH | Temu | 634418222379295 |
| 42 | Changxiao Goodies | Temu | 634418229455096 |
| 43 | Chibas | Temu | 634418229611490 |
| 44 | Chunxiaohu Goodies | Temu | 634418229443995 |
| 45 | Ckfjglk | Temu | 634418220253078 |
| 46 | CMB clothing | Temu | 634418229013248 |
| 47 | Color stickers | Temu | 634418228268246 |
| 48 | Cornerstone Business | Temu | 634418226507657 |
| 49 | DISMISSED | DISMISSED | DISMISSED |
| 50 | CotonFeel Tees | Temu | 634418214882597 |
| 51 | Cozy Nest TXH | Temu | 634418219479402 |
| 52 | Crafted gifts made with care | Temu | 634418211512362 |
| 53 | Creative design studio | Temu | 634418225394778 |
| 54 | Creative Livings | Temu | 634418219994441 |
| 55 | CrestSJ | Temu | 634418230147389 |
| 56 | Custom Blankets | Temu | 634418219412830 |
| 57 | CutleryCouture | Temu | 634418217105108 |
| 58 | CZR clothing | Temu | 634418228921662 |
| 59 | D HALE COLLECTIVE | Temu | 634418229426598 |
| 60 | DailyHZG | Temu | 634418229006532 |
| 61 | DailyHZL | Temu | 634418229209602 |
| 62 | DailyHZM | Temu | 634418229209638 |

| | | | |
|---|---|---|---|
| 63 | DDwayBoundless | Temu | 634418228104030 |
| 64 | Dearchengzi | Temu | 634418229852189 |
| 65 | Dearyouboy | Temu | 634418230029411 |
| 66 | DINGDIANG | Temu | 634418222187257 |
| 67 | Doings | Temu | 634418225613924 |
| 68 | doudouH | Temu | 634418229524041 |
| 69 | Dry Ceramic | Temu | 634418227936929 |
| 70 | DYSCCBSA CRAFTS | Temu | 634418229666202 |
| 71 | EasyPant | Temu | 634418229819343 |
| 72 | Echo Blow | Temu | 634418218459190 |
| 73 | Exquisite Clothing AO | Temu | 634418229561000 |
| 74 | Fable Society | Temu | 634418229524276 |
| 75 | Fabric Art F | Temu | 634418229790800 |
| 76 | Fashion childrens clothing st | Temu | 634418229646314 |
| 77 | Fashion clothes boutique | Temu | 634418221698118 |
| 78 | Field Fiber | Temu | 634418227362610 |
| 79 | Fig tree | Temu | 634418225925754 |
| 80 | Flindfckr | Temu | 634418228229987 |
| 81 | Fortune phone case | Temu | 634418224325687 |
| 82 | FrostMini | Temu | 634418229962503 |
| 83 | Furniture for display JK | Temu | 634418220028948 |
| 84 | GGKUYD | Temu | 634418229782567 |
| 85 | Girls Daily TeesB | Temu | 634418228587679 |
| 86 | GOOB Decoration | Temu | 634418228205924 |
| 87 | good abeedfdba | Temu | 634418228268002 |
| 88 | good bgbbdaa | Temu | 634418228426789 |
| 89 | good bgccdaa | Temu | 634418228426786 |
| 90 | good yergghja | Temu | 634418228545258 |
| 91 | goodtalk | Temu | 634418229617791 |
| 92 | Grandma will wear reading glasses | Temu | 634418227701948 |
| 93 | GreatHonest | Temu | 634418228733637 |
| 94 | gydtrd | Temu | 634418229435423 |
| 95 | HappyHome DIY | Temu | 634418229303149 |
| 96 | happyroo | Temu | 634418218187226 |
| 97 | HH Mens Clothing | Temu | 634418224220428 |
| 98 | HJT Home D | Temu | 634418225679197 |
| 99 | HomelyHues Shop | Temu | 634418223840216 |
| 100 | HONGCCC | Temu | 634418229217708 |
| 101 | HUANGXIAOQINGQING | Temu | 634418229812460 |
| 102 | I remember when I first entered the campus | Temu | 634418228249149 |
| 103 | I want to make a big deal | Temu | 634418229544887 |

| | | | |
|---|---|---|---|
| 104 | JIANBN | Temu | 634418228626525 |
| 105 | DISMISSED | DISMISSED | DISMISSED |
| 106 | DISMISSED | DISMISSED | DISMISSED |
| 107 | DISMISSED | DISMISSED | DISMISSED |
| 108 | Joyful Mini Kids | Temu | 634418228517528 |
| 109 | JWW clothing | Temu | 634418228731648 |
| 110 | Kanas Selection | Temu | 634418229673226 |
| 111 | KKKKKKAAAA | Temu | 634418229568907 |
| 112 | KKKMMMGGG | Temu | 634418229961022 |
| 113 | KOLMAN ll | Temu | 634418229182388 |
| 114 | KSS Clothing | Temu | 634418221891659 |
| 115 | kuasi | Temu | 634418220127953 |
| 116 | LAZYLOVE | Temu | 634418212072756 |
| 117 | Linqiuyunfushi | Temu | 634418229443556 |
| 118 | Little TigOOO | Temu | 634418227570962 |
| 119 | LIXIAOPINGBBB | Temu | 634418229122576 |
| 120 | LLjunbc | Temu | 634418230037117 |
| 121 | Luminous Textile | Temu | 634418228848216 |
| 122 | Lumo Basics | Temu | 634418229181146 |
| 123 | Maaaaaa | Temu | 634418228442494 |
| 124 | MCH Art decorative paintings | Temu | 634418228708677 |
| 125 | Meiyoute Department Store | Temu | 634418225323321 |
| 126 | mMonn | Temu | 634418229902749 |
| 127 | mmoy | Temu | 634418227563788 |
| 128 | MOda Street Men | Temu | 634418230296102 |
| 129 | moVaultFitzzc | Temu | 634418230014918 |
| 130 | MX Baoke | Temu | 634418227432231 |
| 131 | MX VibeSync | Temu | 634418227526992 |
| 132 | Nano Decoration | Temu | 634418218121211 |
| 133 | Neon Print Studio | Temu | 634418229731014 |
| 134 | NOMAD LAB | Temu | 634418228890003 |
| 135 | NUOWO CLOTHING | Temu | 634418228555487 |
| 136 | Office supplies produced by Huayang | Temu | 634418228150460 |
| 137 | OnyxTaior | Temu | 634418228941087 |
| 138 | Peach Spark | Temu | 634418226222425 |
| 139 | pengzhongzhong | Temu | 634418229635883 |
| 140 | penluckyyy | Temu | 634418228252924 |
| 141 | Phone Case go go | Temu | 634418225190036 |
| 142 | Preferred genuine clothing | Temu | 634418229424440 |
| 143 | PurePulse Selection C | Temu | 634418227139220 |
| 144 | Rayne Menswear | Temu | 634418229963780 |

| | | | |
|---|---|---|---|
| 145 | RimeWear | Temu | 634418228924364 |
| 146 | RUIDONG KK | Temu | 634418226533403 |
| 147 | Seraphyt | Temu | 634418229263256 |
| 148 | ShirtJoy | Temu | 634418228557635 |
| 149 | SilenceShape | Temu | 634418229853880 |
| 150 | SPARKLE GIFT | Temu | 634418229747595 |
| 151 | Special creative car stickers | Temu | 634418228965261 |
| 152 | Square Stickers | Temu | 634418229816395 |
| 153 | SSFGHCV Shopping | Temu | 634418229446508 |
| 154 | STREET CODE ML | Temu | 634418228712737 |
| 155 | Sumin Big | Temu | 634418229982975 |
| 156 | summer weak | Temu | 634418218147268 |
| 157 | SweetheartCandyShop | Temu | 634418226251182 |
| 158 | SYZ SH | Temu | 634418224496033 |
| 159 | There is a shop that sells canvas paintings | Temu | 634418221943197 |
| 160 | TimeWarpWardrobe | Temu | 634418222166569 |
| 161 | Trendsetter clothing T | Temu | 634418227958661 |
| 162 | Trendy and Comfortable Clothing | Temu | 634418229079725 |
| 163 | TTTYTTJU | Temu | 634418225793228 |
| 164 | TWENTYTAOZHIQU PAINTING | Temu | 634418219984389 |
| 165 | uterwearco | Temu | 634418228975131 |
| 166 | VVVVCTD | Temu | 634418229661732 |
| 167 | WallTales | Temu | 634418227100737 |
| 168 | WANGAAAGGG | Temu | 634418229676945 |
| 169 | Warm Days Co | Temu | 634418229088654 |
| 170 | Weifan Mobile Phone | Temu | 634418226184118 |
| 171 | Welcome to your clothing accessories center | Temu | 634418219209964 |
| 172 | Wellness Station | Temu | 634418225536929 |
| 173 | WEME MALL | Temu | 634418219896520 |
| 174 | wenchengfushi | Temu | 634418228128425 |
| 175 | WolrdLink | Temu | 634418225988979 |
| 176 | Woven Warmth Textiles | Temu | 634418225005055 |
| 177 | WTDPS | Temu | 634418228485114 |
| 178 | xiaolianfushi | Temu | 634418229780808 |
| 179 | XINYAN Soft Kids | Temu | 634418227839162 |
| 180 | XSBpaintingB | Temu | 634418220915050 |
| 181 | Xu Wall | Temu | 634418228499565 |
| 182 | XZY CLOTHING | Temu | 634418225206203 |
| 183 | YCXWWW | Temu | 634418230125301 |
| 184 | YEEATZ | Temu | 634418219345174 |
| 185 | YiYouYu | Temu | 634418220589553 |

| | | | |
|---|---|---|---|
| 186 | YLCXDFH | Temu | 634418227415328 |
| 187 | YMX Glass | Temu | 634418229855149 |
| 188 | Zarae Studio | Temu | 634418229707133 |
| 189 | ZHIYOULIANJINGXUAN | Temu | 634418225875055 |
| 190 | ZongTTT | Temu | 634418229089760 |